**IT IS ORDERED as set forth below:**

**Date: April 25, 2023**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| CHARLES TERRANCE JILES, | CASE NO. 17-41086-EJC |
| DEBTOR. | JUDGE EDWARD J. COLEMAN III |

**CONSENT ORDER RESOLVING**
**AMENDED OBJECTION TO CLAIM #3 OF**
**RUSHMORE LOAN MANAGEMENT SERVICES, LLC**

This matter came before the Court on the *Amended Objection to Claim # 3 of Rushmore Loan Management Services, LLC* filed by Debtor, Charles Terrance Jiles ("Debtor") and the *Response* thereto filed by U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT ("Creditor & Respondent").

The Debtor's objection requests that the court disallow the balance owed on Creditor's Proof of Claim (Court's Claim No.3) filed on September 26, 2017, alleging that the arrearage claim should be reduced to the amount paid by the Trustee through entry of this Order and any delinquency in post-petition mortgage payments (being paid by the Trustee through the plan) shall not be paid as the Debtor has entered into a Loan Modification Agreement with Creditor.

At the time of the filing of the Objection to Claim #3, the Loan Modification Agreement had not been finalized/completed, resulting in the filing of the Response to the objection by Creditor.

The Objection and Response were scheduled for hearing May 3, 2023, and notice of said hearing was provided to all parties.

It appears to the Court, as evidenced by the signatures of counsel below, the parties have agreed to resolve the matter with the entry of this Consent Order, as follows:

a) Subsequent to the filing of the Objection and Response, Creditor and Debtor have entered into a mutually agreed upon Loan Modification Agreement and the same has been approved by the Trustee.

b) Trustee will reduce Claim No. 3 to the amount paid through the entry of this Order.

c) That the post-petition mortgage payment(s) due and owing by Debtor have been resolved by the Loan Modification Agreement through/including the April 1, 2023 payment; and, Debtor shall resume the monthly mortgage payment of $1,099.89, due on the 1st day of each month, beginning May 1, 2023; and,

d) That the *Amended Objection to Claim # 3 of Rushmore Loan Management Services, LLC* and *Response* are resolved as set forth above.

**SO ORDERED.**

[END OF DOCUMENT]

Prepared by:

/s/ Laura A. Grifka
Laura A. Grifka, GA Bar No. 312055
Counsel for Creditor
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
E-mail: Lgrifka@mtglaw.com

Consented to:

Daniel C. Jenkins, GA Bar No. 142345
Counsel for Debtor
24 Drayton St., Suite 204
Savannah, GA 31401
P: (912) 480-9999
E-mail: daniel@djenkinslaw.com

No opposition by:

O. Byron Meredith III, GA Bar No. 002330
Chapter 13 Trustee